Bankruptcy Case No. 19–34574–KRH

Adversary Proceeding Case No. 20–03110–KRH

## CERTIFICATE OF SERVICE

I, __David N. Tabakin_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_____July  30  2020_____ (date) by:

    ☒    **Mail Service:**  Regular, first class United States mail, postage fully pre–paid, addressed to:

        See Exhibit A

    ☐    **Personal Service:**  By leaving the process with defendant or with an officer or agent of defendant at:

    ☐    **Residence Service:**  By leaving the process with the following adult at:

    ☐    **Certified Mail Service on an Insured Depository Institution:**  By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐    **Publication:**  The defendant was served as follows: [Describe briefly]

    ☐    **State Law:**  The defendant was served pursuant to the laws of the State of
_____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____July 31, 2020_____    _____

               Date                                                       Signature

| |
|---|
| Print Name  David N. Tabakin |
| _Tavenner & Beran, PLC, 20 N. 8th St., 2nd Fl._<br>Business Address |
| _Richmond, VA 23219_<br>City               State           Zip |

## Exhibit A

Texas Growers Supply Alternative Gardening
c/o TGS Martin, Inc.
c/o Rickie Martin, President
14322 Hartshill Drive
Houston, TX 77044